JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX TYRONE RANDLE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JUDGE MR. NAKATA, et al.,<br><br>　　　　　　Defendants. | Case No. CV 19-01922-DMG (SHK)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the claims against Defendants Judge Nakata, District Attorney Cumino, Public Defender Tucker, the Victorville District Attorney's Office, and the San Bernardino County Superior Court at Victorville are DISMISSED with prejudice, and the remainder of this action is DISMISSED, in its entirety, without prejudice.

DATED: August 19, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　United States District Judge